**CGFD28** (10/01/16)

**ORDERED in the Southern District of Florida on May 9, 2025**

**Corali Lopez−Castro**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 24−23615−CLC**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Alex Enrique Gurdian
7523 NW 177TH TER
Hialeah, FL 33015

SSN: xxx−xx−7755

# FINAL DECREE

The trustee, Ross R Hartog, having filed a final report that the estate has been fully administered, is discharged and the case is closed.